JS-6

1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California corporation,<br><br>            Plaintiff,<br>   vs.<br><br>ROSS STORES, INC., a Delaware corporation; UNO CLOTHING, INC., a California corporation; CREW KNITWEAR, INC., a California corporation; INBS, INC., a New York corporation; JADE TEXTILE, INC., a California corporation; U.S. TEXTILE PRINTING INC., a California corporation; MCKENZIE & OKRA INC., a California corporation; and DOES 1 through 10,<br><br>            Defendants. | Case No. CV 11-01773 GW (PHWx)<br><br>**ORDER ON STIPULATION OF DISMISSAL OF  ROSS STORES, INC.; UNO CLOTHING, INC.; CREW KNITWEAR, INC.; INBS, INC.; U.S. TEXTILE PRINTING INC.; AND MCKENZIE AND OKRA INC.** |

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL

125624.1

Pursuant to the stipulation between Plaintiff VolumeCocomo Apparel, Inc. and Defendants Ross Stores, Inc.; Uno Clothing, Inc.; Crew Knitwear, Inc.; INBS, Inc.; U.S. Textile Printing Inc.; and McKenzie & Okra Inc., the Court orders that:

1. Ross Stores, Inc.;
2. Uno Clothing, Inc.;
3. Crew Knitwear, Inc.;
4. INBS, Inc.;
5. U.S. Textile Printing Inc.; and
6. McKenzie & Okra Inc.;

be dismissed from the above-captioned action, with prejudice. Each party shall bear its own costs, attorneys' fees and court fees.

IT IS SO ORDERED.

Dated: May 24 2012      _____
                        Hon. George H. Wu
                        United States District Court Judge